IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY L. MAGWOOD,
     Plaintiff,

vs.                      Case No.  3:12cv14/MCR/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS,
     Defendant .
_____

<u>O R D E R</u>

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 11, 2012 (doc. 14), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (doc. 15), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The plaintiff's claims arising from the denial of his asthma and respiratory medications, the "falsification" of his medical records, and being "thrown out of the medical clinic", are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted (plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a)).

3.    The plaintiff's individual capacity claims against defendants Unknown Named Director of Regional Health Care for the Florida Department of Corrections,

Secretary Tucker, Warden Tifft, Assistant Warden Haas and CHO Rummel arising from the termination of plaintiff's blood pressure medication are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief can be granted.

4.     The plaintiff's official capacity claims for damages are DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(iii) as barred by Eleventh Amendment immunity.

5.     The plaintiff's individual capacity claim against defendant Nichols for punitive damages are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted (plaintiff's failure to allege the requisite physical injury under 42 U.S.C. § 1997e(e)).

6.     This matter is referred to the magistrate judge for further proceedings on plaintiff's individual capacity claims against defendant Nurse Nichols for nominal damages and injunctive relief arising from her termination of plaintiff's blood pressure medication.

DONE AND ORDERED this 25th day of October, 2012.


*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE