IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY L. MAGWOOD,
     Plaintiff,

vs.                         Case No. 3:12cv14/MCR/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS,
     Defendant.

---

## REPORT AND RECOMMENDATION

This case filed under 42 U.S.C. § 1983 is before the Court upon referral from the Clerk. On October 29, 2012, the Court entered an order directing plaintiff to file, within thirty (30) days, a third amended civil rights complaint limited to plaintiff's individual capacity claims against defendant Nurse M. Nichols for nominal damages and injunctive relief arising from Nichols' termination of plaintiff's blood pressure medication. (Doc. 17). To date, plaintiff has not complied with the order, and has not responded to the Court's January 3, 2013 order (doc. 29) requiring him to show cause, within twenty-one days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the Clerk be directed to close the file.

At Pensacola, Florida this 4th day of February, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

<u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).