IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BOBBY L. MAGWOOD,
    Plaintiff,

vs.                       Case No. 3:12cv14/MCR/CJK

FLORIDA DEPARTMENT OF
CORRECTIONS,
    Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 4, 2013 (doc. 30), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (doc. 32), the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3. Plaintiff's Demand for Jury Trial and Request for Appointment of Counsel (doc. 31) is DENIED.

4.   The clerk is directed to close the file.

DONE AND ORDERED this 20th day of February, 2013.


<u>*M. Casey Rodgers*</u>
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

*Case No: 3:12cv14/MCR/CJK*